IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LANDIS TAREL COOK, #260034, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:22-cv-89-ECM |
| | ) | (WO) |
| JEFFERY BALDWIN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM OPINION and ORDER**

On February 2, 2023, the Magistrate Judge entered a Recommendation that the Petitioner's habeas petition be denied as time barred (doc. 12) to which no objections have been filed.   Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the petition for writ of habeas corpus is DENIED, and this case is DISMISSED with prejudice because the petition was filed after the expiration of the statute of limitations in 28 U.S.C. § 2244(d).

Done this 10th day of March, 2023.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE